UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MOHAMMAD HAIDER AGHA HASAN | Case No. 18-cv-05806-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On September 21, 2018, Plaintiff Mohammad Haider Agha Hasan filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jeffrey S. White to determine whether it is related to *Hasan v. California*, 18-mc-80163 JSW.

**IT IS SO ORDERED.**

Dated: September 24, 2018

_____
DONNA M. RYU
United States Magistrate Judge

| | |
|---|---|
| IN RE MOHAMMAD HAIDER AGHA HASAN | Case No. 4:18-cv-05806-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mohammad Haider Agha Hasan
2322 Haste Street, Apt. 19
Berkeley, CA 94704

Dated: September 24, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU